709

this court, in which event the motion is denied.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

█ Anna E. Smith et al., Appellants, v. Donald J. McCarthy et al., Respondents.  Columbia Gas of New York et al., Defendants and Third-Party Plaintiffs, v. Dyer-Fitts Construction Company, Inc., et al., Third-Party Defendants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before December 10, 1959 and are ready for argument at the January 1960 Term of this court, in which event the motion is denied.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

█ Charles M. Huggins et al., Appellants, v. Gulf Oil Corporation et al., Respondents.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

█ In the Matter of the Claim of Elizabeth Kirschoff, Appellant, against Liberty Mutual Insurance Company et al., Respondents.  Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

█ Hazel Olson et al., Appellants, v. Carl A. Rabideau et al., Respondents.— Motion to dismiss appeal granted, by default, without costs.  Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

█ In the Matter of Flora Kirley, Petitioner, against Joseph P. Kelly, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding granted, by default, without costs.  Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

█ In the Matter of the Claim of Sol Forst, Appellant.  Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on on before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied.  Present— Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

█ In the Matter of the Claim of Lillian Manson, Appellant.  Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied.  Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

█ In the Matter of Diplomat Publishing Co., Inc., Appellant.  Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959, and is ready for argument at the November Term of this court, in which event the motion is denied.  Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

█ In the Matter of the Claim of Ventura Lopez, Appellant.  Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959, and is ready for argument at the November Term of this court, in which event the motion is denied.  Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.